NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELMER R. CALDWELL,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7106

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3431, Judge Coral W. Pietsch.

---

**ON MOTION**

---

**O R D E R**

Elmer Caldwell moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

CALDWELL V. SHINSEKI                                                    2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s23